IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FREDDIE WILSON,

    Plaintiff,

v.                                                       Case No. 4:19-cv-141-AW-MJF

ALLY FINANCIAL INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This Court has considered the magistrate judge's report and recommendation. ECF No. 24. The Court has also reviewed de novo Plaintiff's objections. ECF No. 25. The report and recommendation is accepted and adopted as the Court's opinion, notwithstanding Plaintiff's objections. The Clerk is directed to enter judgment that says: "This case is dismissed without prejudice." The Clerk is also directed to close the file.

SO ORDERED on August 1, 2019.

                                                    s/ *Allen Winsor*
                                                    United States District Judge